UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>Petitioner,<br><br>v.<br><br>LILIANA VILLALOBOS, et al.,<br><br>Respondents. | No. 2:19-cv-1033 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By an order filed June 20, 2019, petitioner was ordered to file an in forma pauperis affidavit or to pay the appropriate filing fee, within thirty days, or his application would be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order,[1] has not filed an in forma pauperis affidavit, and has not paid the appropriate filing fee.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

---

[1] On June 24, 2019, petitioner filed a copy of the NEF from the new case documents and order re consent (ECF No. 2), as well as a small claims court attachment, but such filing was dated June 21, 2019, before petitioner would have received the June 20, 2019 order.

1

after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 30, 2019

/hair1033.fpf

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE